June 23, 1911, which affirmed an order of Special Term confirming the report of commissioners in street opening proceedings.

*Harry G. Smith* for appellant.

*Archibald R. Watson, Corporation Counsel (Joel J. Squier, Samuel J. Benson* and *Frederick W. Gahrmann* of counsel), and *L. C. Dessar*, for respondents.

Order affirmed, with costs; no opinion.

Concur: HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ. Not voting: CULLEN, Ch. J., and WILLARD BARTLETT, J.

---

GEORGE DEIS, SON AND COMPANY, Respondent, *v.* HENRY HART, Appellant.

*Deis, Son & Co.* v. *Hart*, 134 App. Div. 994, affirmed.
(Argued October 11, 1911; decided October 31, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 17, 1909, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to recover for goods alleged to have been sold and delivered.

*Walter Welch* for appellant.

*A. B. Steele* and *William Witherstine* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.

---

NATHANIEL L. CARPENTER et al., Appellants, *v.* GEORGE W. HOADLEY, Respondent, Impleaded with Another.

*Carpenter* v. *Maloney*, 138 App. Div. 190, affirmed.
(Argued October 11, 1911; decided October 31, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered

May 18, 1910, upon an order reversing a judgment in favor of plaintiffs entered upon a verdict directed by the court and directing judgment in favor of defendant in an action to recover on two promissory notes.

*Edmund L. Mooney, Frederick A. Card* and *Lawrence A. Sullivan* for appellants.

*John H. McCrahon* and *Ralph Polk Buell* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.

---

JENNIE E. SMITH, Respondent, *v.* THE ULSTER AND DELA-WARE RAILROAD COMPANY, Appellant.

*Smith* v. *Ulster & Delaware R. R. Co.*, 137 App. Div. 935, affirmed. (Argued October 11, 1911; decided October 31, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 29, 1910, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained through the negligence of defendant.

*H. H. Fleming* and *Amos Van Etten* for appellant.

*A. L. Kellogg* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.